# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| vs. | ) | 8:95CR105 |
| BRIAN KRESS, | ) | **ORDER** |
| Defendant. | ) | |

Before the court is defendant's Motion to Continue [354] requesting a continuance of the initial appearance on a supervised release violation. The motion will be granted and the initial appearance shall be rescheduled.

IT IS ORDERED:

1. That the Motion to Continue [354] is granted; and

2. That the initial appearance on the Petition for Warrant or Summons for Offender Under Supervision [350] is continued to **October 13, 2006** at **2:00 p.m.** before Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

Since this is a criminal case, the defendant must be present, unless excused by the Court.

DATED this 21st day of September, 2006.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge