IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | 8:95CR105 |
| BRIAN KRESS, ) | |
| ) | |
| Defendant. ) | |
| ) | ORDER |
| ) | |
| ) | |
| ) | |

    Before the court is Attorney William J. Pfeffer's Motion to Withdraw [356]. Good cause being shown, the motion will be granted and Mr. Pfeffer is deemed withdrawn as attorney of record.

    IT IS SO ORDERED.

    DATED this 12th day of October, 2006.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge