IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BRIAN KRESS,<br><br>　　　　Defendant. | )<br>)<br>)<br>)　　8:95CR105<br>)<br>)　　　　ORDER<br>)<br>)<br>) |

　　　　Defendant Brian Kress appeared before the court on October 13, 2006 on a Petition for Warrant or Summons for Offender Under Supervision [350]. The defendant was represented by David Stickman and the United States was represented by Assistant U.S. Attorney Nancy Svoboda. Defendant was not entitled to a preliminary examination and the government did not request a detention hearing. Therefore, the defendant was released on current conditions of supervision.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Judge Laurie Smith Camp, in Courtroom No. 2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 3:30 p.m. on November 6, 2006** Defendant must be present in person.

　　　　2　　The defendant is released on current conditions of supervision.

　　　　DATED this 13th day of October, 2006.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge