## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 8:95CR105 |
| | ) | |
| Plaintiff, | ) | |
| | ) | O R D E R |
| v. | ) | |
| | ) | |
| BRIAN KRESS, | ) | |
| | ) | |
| Defendant. | ) | |

THIS MATTER came before the Court on the 18th day of January, 2007, on the Motion of the Defendant for an order to seal document.  (Filing No. 364.)

The Court, being fully advised in the premises, finds that the Motion should be granted.

IT IS THEREFORE ORDERED:

1.     The Motion of the Defendant for an order to seal document (Filing No. 364) is granted; and

2.     The document named in Defendant's Motion to File Under Seal shall be filed under seal.

DATED this 18th day of January, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge